IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

TERRI L. VESTAL,

            Plaintiff,

v.

MEDIC FIRST AID INTERNATIONAL, INC.,
an Oregon Corporation, aka AMERICAN
SAFETY AND HEALTH INSTITUTE, INC.,

            Defendant.

Case No. 6:12 CV 01671-TC

O R D E R

  Magistrate Judge Coffin filed his Findings and Recommendation on February 1, 2013. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

  THEREFORE, IT IS HEREBY ORDERED that, I adopt Judge Coffin's Findings and Recommendation.

  Dated this 12 day of March, 2013.

                _____
                Ann Aiken, United States District Judge

Order -- Page 1